UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ELAM,<br><br>    Plaintiff,<br>vs.<br>MICHAEL HERNANDEZ, et al.,<br>    Defendants. | Case No. CV 09-2780-PA (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendant's Motion to Dismiss plaintiff's due process claim against Hernandez in his individual capacity is DENIED and defendant's Motion to Dismiss plaintiff's Eighth Amendment claim is GRANTED

/ / /

/ / /

1

with leave to amend. If plaintiff decides to proceed on his Eighth Amendment deliberate indifference claim, he is ORDERED to file a Second Amended Complaint within thirty (30) days of the date of this Order.

Dated: July 12, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE