O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY ELAM, | ) | Case No. CV 09-2780-PA (DTB) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | CONCLUSIONS AND |
| MICHAEL HERNANDEZ, et al., | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that plaintiff's <u>Bivens</u> claims against defendants Hernandez, John Does #1 and #2, and Jane Doe are dismissed without leave to amend; that plaintiff's claims against defendants John Does #3 and #4 are

/ / /

/ / /

/ / /

/ / /

1

dismissed with leave to amend; that defendant Hernandez's Motion to Dismiss is denied as moot; and that if plaintiff decides to pursue this action, he must file a Fourth Amended Complaint within thirty (30) days of the date of this Order.

Dated: February 23, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2