JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ELAM, | Case No. CV 09-2780-PA (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL HERNANDEZ, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: September 8, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1